IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON A. DAILEY,

    Petitioner,        No. CIV S-08-1988 GGH P

  vs.

M. MARTEL, et al.,

    Respondents.      ORDER

_____/

        On September 10, 2008, the court ordered petitioner to file further briefing within twenty days addressing whether the claims raised in this action are exhausted. Twenty days passed and petitioner did not respond to this order.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall show cause for his failure to respond to the September 10, 2008, order; failure to respond to this order will result in a recommendation of dismissal of this action.

DATED: November 10, 2008

                        /s/ Gregory G. Hollows
                        _____
                        UNITED STATES MAGISTRATE JUDGE

dai1988.osc

1