IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON A. DAILEY,

    Petitioner,                    No. CIV S-08-1988 GGH P

    vs.

M. MARTEL, et al.,

    Respondents.                ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        On September 10, 2008, the court ordered petitioner to file further briefing within twenty days addressing whether the claim raised in the petition was exhausted. Twenty days passed and petitioner did not respond to the September 10, 2008, order. Accordingly, on November 10, 2008, the court ordered petitioner to show cause for his failure to respond to this order. On November 14, 2008, petitioner filed a motion for extension of time to respond. Good cause appearing, this motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's November 14, 2008, request for appointment of counsel (Docket No. 12) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner's November 14, 2008, request for an extension of time (Docket No. 12) is granted; petitioner's response to the September 10, 2008, order is due within twenty days of the date of this order;

3. The November 10, 2008, order to show cause is withdrawn.

DATED: November 21, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
dail1988.110+111